

# COURT OF APPEALS

SANDEE BRYAN MARION
  CHIEF JUSTICE
KAREN ANGELINI
MARIALYN BARNARD
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
JASON PULLIAM
  JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.TXCOURTS.GOV/4THCOA.ASPX

KEITH E. HOTTLE
CLERK OF COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

June 26, 2015

Richard B. Dulany Jr.
Bexar County Appellate Public
Defender's Office
Paul Elizondo Tower
101 W. Nueva St., Suite 310
San Antonio, TX 78205
* DELIVERED VIA E-MAIL *

Nicolas A. La Hood
District Attorney, Bexar County
101 W. Nueva, Suite 370
San Antonio, TX 78205
* DELIVERED VIA E-MAIL *

RE:    Court of Appeals Number:   04-15-00101-CR
        Trial Court Case Number:   2010CR4792W
        Style:  Brandon Master
              v.
            The State of Texas

Enclosed please find the order which the Honorable Court of Appeals has issued in reference to the above styled and numbered cause.

If you should have any questions, please do not hesitate to contact me.

Very truly yours,
KEITH E. HOTTLE, CLERK

Carmen De Leon
Deputy Clerk, Ext. 53262



# Fourth Court of Appeals
## San Antonio, Texas

June 26, 2015

No. 04-15-00101-CR

Brandon **MASTER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2010CR4792W
The Honorable Kevin M. O'Connell, Judge Presiding

# O R D E R

The Appellant's motion for extension of time to file the brief is GRANTED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of June, 2015.

_____
Keith E. Hottle
Clerk of Court